**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **CGC-Mroz Accountants & Advisors** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  CGC Accountants & Advisors** |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **82-0625147** |
|---|---|---|

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **44600 Village Court, Suite 200**<br>**Palm Desert, CA 92260**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Riverside**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **www.cgcbiz.com/** |
|---|---|---|

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  __CGC-Mroz Accountants & Advisors_____  Case number (*if known*) _____
      Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8721__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | CGC-Mroz Accountants & Advisors | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| �too $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| �too $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | CGC-Mroz Accountants & Advisors | | Case number (*if known*) | |
| | Name | | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2020**
                 MM / DD / YYYY

X _Kelli K Cox_                                    **Kelli K. Cox**
Signature of authorized representative of debtor    Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X _[signature]_                                    Date    **October 16, 2020**
Signature of attorney for debtor                           MM / DD / YYYY

**Ian S. Landsberg 137431**
Printed name

**Sklar Kirsh LLP**
Firm name

**1880 Century Park East**
**Suite 300**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 845-6416**    Email address    **ilandsberg@sklarkirsh.com**

**137431 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **CGC-Mroz Accountants & Advisors**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

         Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑    *Schedule H: Codebtors* (Official Form 206H)

☑    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2020**        X  _Kelli K. Cox_
                                            Signature of individual signing on behalf of debtor

                                            **Kelli K. Cox**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CGC-Mroz Accountants & Advisors** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bill.com 1800 Embarcadero Road Palo Alto, CA 94303** | | **Software for client payments** | **Unliquidated** | | | **$167.96** |
| **Comtron Systems Inc PO Box 13470 Palm Desert, CA 92255-3470** | **john@comtron1.com 760-776-8811** | **Security** | **Unliquidated** | | | **$75.00** |
| **Debra Clark Dixon 3902 SW Pointe Rd Unit 107 Bentonville, AR 72713** | **Debra Clark Dixon debradixon207@gmail.com 760-861-6872** | **Employee Agreement** | **Contingent Unliquidated** | | | **$223,094.00** |
| **Expensify 548 Market Unit 61434 San Francisco, CA 94104** | **concierge@expensify.com** | **Software** | **Unliquidated** | | | **$27.00** |
| **Gusto 525 20th St San Francisco, CA 94107** | **415-935-0230** | **Client Software** | **Unliquidated** | | | **$239.70** |
| **Matthew Gonda 74130 Country Club Dr #106 Palm Desert, CA 92260** | **Matthew Gonda matt@gondacpa.com 760-671-2345** | **Indemnity Claim** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Pacific Premier Bank 17901 Von Karman Ave Ste 1200 Irvine, CA 92614** | | **PPP Loan** | **Contingent Unliquidated** | | | **$158,640.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **CGC-Mroz Accountants & Advisors**                          Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Patrick Dolan C/O Amanda Dolan 1171 N Kenmore Ave, Apt 26 Los Angeles, CA 90029 | | Loan | | | | $57,548.73 |
| Ringcentral 20 Davis Drive Belmont, CA 94002 | 1-888-898-4591 | VOIP Phones | Unliquidated | | | $535.27 |
| Rixon & Associates Inc. c/o Vanst Law 3170 Fourth Ave., 250 B San Diego, CA 92101 | jsv@vanstlawfirm. com 858-243-2499 | Offer and Purchase Agreement | Unliquidated Disputed | | | $180,196.55 |
| Stanley J Mroz, CPA 44600 Village Court St 200 Palm Desert, CA 92260 | Stanley J Mroz, CPA stan@12cpa.com 442-227-5284 | Practice Acquisition and Consulting Agreement | Contingent Unliquidated | | | $145,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    **CGC-Mroz Accountants & Advisors** _____    Case No. _____

Debtor(s)    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kelli Cox**<br>**44600 Village Court, Suite 200**<br>**Palm Desert, CA 92260** | **Common stock** | **10,000** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 16, 2020** _____      Signature _Kelli K Cox_ _____

                                                           **Kelli K. Cox**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and if, not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Palm Desert**_____ , California.

Date:        **October 16, 2020**_____

_Kelli K Cox_ (signature)
**Kelli K. Cox**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                     Page 1          F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name    **CGC-Mroz Accountants & Advisors**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

## Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................    $          0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................    $     566,026.70

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................    $     566,026.70

---

## Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     372,189.07

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     765,524.21

4.    **Total liabilities** ................................................................................
    Lines 2 + 3a + 3b    $     1,137,713.28

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **CGC-Mroz Accountants & Advisors**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.　**Cash on hand** | $210,259.50 |

3.　**Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)　　　　Type of account　　　　Last 4 digits of account number

4.　**Other cash equivalents** *(Identify all)*

| 5.　**Total of Part 1.**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $210,259.50 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.　**Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.　**Deposits and prepayments** | $10,200.00 |
| --- | --- |

8.　**Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 9.　**Total of Part 2.**<br>Add lines 7 through 8. Copy the total to line 81. | $10,200.00 |
| --- | --- |

| Part 3: | Accounts receivable |
| --- | --- |

Debtor    **CGC-Mroz Accountants & Advisors**                                 Case number *(If known)* _____
_____ Name _____

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:              **133,783.20**      -              **0.00**   = ....        **$133,783.20**
                                  face amount                  doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                              **$133,783.20**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Multiple office chairs and desks** | **$0.00** | **Tax records** | **$0.00** |
| 40. | **Office fixtures** **Solar - Lease hold improvements** | **$11,676.00** | **Tax records** | **$11,676.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computer workstations** | **$0.00** | **Tax records** | **$0.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **CGC-Mroz Accountants & Advisors**                    Case number *(If known)* _____
Name

collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                          | $11,676.00 |
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **44600 Village Court, Suite 200 Palm Desert, CA 92260** **office building** | **leasehold** | **$0.00** | | **$0.00** |
| 55.2.   **73-733 Fred Waring Drive, Suite 105 Palm Desert, CA 92260** **office lease** | **leasehold** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**                                                       | $0.00 |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **CGC-Mroz Accountants & Advisors** | Case number *(If known)* |
|--------|-------------------------------------|--------------------------|
|        | Name                                |                          |

☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill**<br>**Various books of business** | **$200,108.00** | **Tax records** | **$200,108.00** |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

| $200,108.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **CGC-Mroz Accountants & Advisors**                    Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $210,259.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $133,783.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,676.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $200,108.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $566,026.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $566,026.70 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **CGC-Mroz Accountants & Advisors**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1  Pacific Premier Bank**<br>Creditor's Name<br><br>**17901 Von Karman Ave Ste 1200**<br>**Irvine, CA 92614**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/29/2020**<br>**Last 4 digits of account number**<br>**9122**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Pacific Premier Bank**<br>**2. Small Business Administration** | Describe debtor's property that is subject to a lien<br>**Lien on tangibles and intangibles**<br><br>Describe the lien<br><br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $222,189.07 | $345,547.00 |
| **2.2  Small Business Administration**<br>Creditor's Name<br><br>**10737 Gateway West, #300**<br>**El Paso, TX 79935**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/8/2020**<br>**Last 4 digits of account number**<br>**7401**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Lien on tangibles and intangibles**<br><br>Describe the lien<br><br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $150,000.00 | $345,567.00 |

| Debtor | **CGC-Mroz Accountants & Advisors** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $372,189.07

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Small Business Administration**<br>**So Cal Legal Unit**<br>**330 North Brand Blvd, Suite 1200**<br>**Glendale, CA 91203-2304** | Line   2.2 | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **CGC-Mroz Accountants & Advisors**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ADP** | ☐ Contingent | |
| | **PO Box 31001-1874** | ☐ Unliquidated | |
| | **Pasadena, CA 91110-1874** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167.96 |
|---|---|---|---|
| | **Bill.com** | ☐ Contingent | |
| | **1800 Embarcadero Road** | ■ Unliquidated | |
| | **Palo Alto, CA 94303** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Blue Shield of California** | ☐ Contingent | |
| | **PO Box 3008** | ☐ Unliquidated | |
| | **Lodi, CA 95241-3008** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Camico Mutual Insurance Company** | ☐ Contingent | |
| | **1800 Gateway Drive** | ☐ Unliquidated | |
| | **Suite 300** | ☐ Disputed | |
| | **San Mateo, CA 94404** | | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | CGC-Mroz Accountants & Advisors | Case number (if known) |
|---|---|---|
| | Name | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Capital One Credit Card**
PO Box 60599
City of Industry, CA 91716-0599

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CGC Partners**
44600 Village Court
Suite 200
Palm Desert, CA 92260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clientwhys.com**
2549 Eastbluff Drive
Unit 448
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Comtron Systems Inc**
PO Box 13470
Palm Desert, CA 92255-3470

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223,094.00 |
|---|---|---|---|

**Debra Clark Dixon**
3902 SW Pointe Rd
Unit 107
Bentonville, AR 72713

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|

**Expensify**
548 Market
Unit 61434
San Francisco, CA 94104

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fedex**
3965 Airways, Module G
Memphis, TN 38116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CGC-Mroz Accountants & Advisors | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GLS-US**
**4000 Executive Parkway Suite 295**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grossman IT Consulting**
**PO Box 4340**
**Palm Springs, CA 92263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.70 |
|---|---|---|---|

**Gusto**
**525 20th St**
**San Francisco, CA 94107**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Intuit Quickbooks**
**2700 Coast Ave**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ITEX**
**1590 SE Eastgate Way, Suite 100**
**Bellevue, WA 98008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karbon**
**548 Marjet St #45902**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Law Offices Of Monica E. Amboss**
**40634 Eastwood Lane**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **CGC-Mroz Accountants & Advisors**
_____
Name                                                         Case number (if known) _____

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Gonda**
**74130 Country Club Dr #106**
**Palm Desert, CA 92260**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**MRC Smart Technology Solutions**
**5567 Copley Dr**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158,640.00** |
|---|---|---|---|

**Pacific Premier Bank**
**17901 Von Karman Ave Ste 1200**
**Irvine, CA 92614**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,548.73** |
|---|---|---|---|

**Patrick Dolan**
**C/O Amanda Dolan**
**1171 N Kenmore Ave, Apt 26**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pfl Security & Sound**
**72-877 Dinah Shore Dr 103-130**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Practice Ignition**
**37 Shepherd St**
**Chippendale, New South Wales**
**Australia 2008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Quasar Cowboy Consulting**
**2992 N Cypress Rd**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CGC-Mroz Accountants & Advisors** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$535.27** |
|---|---|---|---|
| | **Ringcentral**<br>**20 Davis Drive**<br>**Belmont, CA 94002** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180,196.55** |
|---|---|---|---|
| | **Rixon & Associates Inc.**<br>**c/o Vanst Law**<br>**3170 Fourth Ave., 250 B**<br>**San Diego, CA 92101** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Spectrum Business**<br>**4145 S Falkenberg**<br>**Riverview, FL 33578-8651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145,000.00** |
|---|---|---|---|
| | **Stanley J Mroz, CPA**<br>**44600 Village Court St 200**<br>**Palm Desert, CA 92260** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Sureprep**<br>**17890 Skypark Circle Ste 100**<br>**Irvine, CA 92614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **The Hartford Financial Services**<br>**690 Asylum Avenue**<br>**Hartford, CT 06155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Thomson Reuters**<br>**2395 Midway Road**<br>**Carrollton, TX 75006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **CGC-Mroz Accountants & Advisors** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Totally SEO**
**28 Liberty St**
**New York, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Travelers Insurance**
**PO Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Vishakha Shah**
**Co-Trustee of the Shah Family Trust**
**73-585 Fred Waring Drive**
**Suite 202**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/16/2020

Last 4 digits of account number __

Basis for the claim: **Real Property Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Wolsters Kluwer**
**CCH Incoparated**
**PO Box 4307**
**Carol Stream, IL 60197-4307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 765,524.21 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 765,524.21 |

**Fill in this information to identify the case:**

Debtor name    **CGC-Mroz Accountants & Advisors**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
| | State the term remaining | **Monthly** | **Amanda Smith** |
| | List the contract number of any government contract | | **910 Pleasant Grove Blvd Ste 120-317** **Roseville, CA 95678** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
| | State the term remaining | **Monthly** | **Anchor Wealth Management** **Kim Safoyan** |
| | List the contract number of any government contract | | **41990 Cook Street Sutie J901** **Palm Desert, CA 92211** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Software for client payments** | |
| | State the term remaining | **Monthly** | **Bill.com** |
| | List the contract number of any government contract | | **1800 Embarcadero Road** **Palo Alto, CA 94303** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
| | State the term remaining | **Monthly** | **BJC Productions Inc.** **Brett Cranford** |
| | List the contract number of any government contract | | **592 N Cerritos** **Palm Springs, CA 92262** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Debtor 1 | **CGC-Mroz Accountants & Advisors** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for office** | |
|---|---|---|---|
| | State the term remaining | **51 months** | **CGC Partners**<br>**44600 Village Court**<br>**Suite 200**<br>**Palm Desert, CA 92260** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Debra Clark Dixon**<br>**3902 SW Pointe Rd**<br>**Unit 107**<br>**Bentonville, AR 72713-2429** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Desert Longevity**<br>**Kristie Vrooman**<br>**74075 El Paseo, Suite B2**<br>**Palm Desert, CA 92260** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Diane Myerson**<br>**47330 Marrakesh Drive**<br>**Indian Wells, CA 92210** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Eagle Medical Corp**<br>**Joel Solano**<br>**50155 Via Aldea**<br>**La Quinta, CA 92253** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
|---|---|---|---|
| | State the term remaining | **Annual subscription** | **Expensify**<br>**548 Market**<br>**Unit 61434**<br>**San Francisco, CA 94104** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **CGC-Mroz Accountants & Advisors**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
|  | government contract |  |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Accounting services | |
|---|---|---|---|
|  | State the term remaining | Monthly | **Family Development** |
|  | List the contract number of any government contract |  | **Antun Barbat** **73081 Fred Waring Drive** **Palm Desert, CA 92260** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Accounting services | |
|---|---|---|---|
|  | State the term remaining | Monthly | **Gil & Marlene Ruttenberg** |
|  | List the contract number of any government contract |  | **43607 Bordeaux** **La Quinta, CA 92253** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Shipping | |
|---|---|---|---|
|  | State the term remaining | Monthly | **GLS-US** |
|  | List the contract number of any government contract |  | **4000 Executive Parkway Suite 295** **San Ramon, CA 94583** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Accounting services | |
|---|---|---|---|
|  | State the term remaining | Monthly | **Greg & Kim Safoyan** |
|  | List the contract number of any government contract |  | **75706 Easy St** **Palm Desert, CA 92211** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Accounting services | |
|---|---|---|---|
|  | State the term remaining | Monthly | **Gregory Apel MD** |
|  | List the contract number of any government contract |  | **11436 Corte Playa Laguna** **San Diego, CA 92124** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Client software | **Gusto** |
|---|---|---|---|
|  |  |  | **525 20th St** **San Francisco, CA 94107** |

Debtor 1    **CGC-Mroz Accountants & Advisors**                                   Case number *(if known)* _____

     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Monthly** | |
| List the contract number of any government contract | _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Johnny Keeton Sales Agents Inc** |
| | List the contract number of any government contract | _____ | **429 Forest Hills Drive**<br>**Rancho Mirage, CA 92270** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Kathleen Shyptycki** |
| | List the contract number of any government contract | _____ | **1777 Langlois Rd Sp 51**<br>**Desert Hot Springs, CA 92241** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Lisa Granger Inc** |
| | List the contract number of any government contract | _____ | **4804 La Villa Marina**<br>**Marina Del Rey, CA 90292** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase of Business Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Matthew Gonda** |
| | List the contract number of any government contract | _____ | **74130 Country Club Dr #106**<br>**Palm Desert, CA 92260** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **25 months** | **MRC Smart Technology Solutions** |
| | List the contract number of any government contract | _____ | **5657 Copley Dr**<br>**San Diego, CA 92111** |

Debtor 1  **CGC-Mroz Accountants & Advisors**                          Case number *(if known)* _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Peach E Kleening**<br>**Eva Alvarez**<br>**19302 Vee Bee Rd**<br>**Desert Hot Springs, CA 92241** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Payment Processing** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Practice Ignition**<br>**37 Shepherd St**<br>**Chippendale, New South Wales**<br>**Australia 2008** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Principle Optometry Group PC**<br>**Susan Shahriari**<br>**44435 Town Center Way Suite B**<br>**Palm Desert, CA 92260** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Revpar Lobby LLC**<br>**Daniel Lorea**<br>**471 E. Tahquitz Canyon Way Suite 23**<br>**Palm Springs, CA 92262** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Offer and Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Rixon & Associates Inc.**<br>**c/o Vanst Law**<br>**3170 Fourth Ave., 250 B**<br>**San Diego, CA 92101** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Ruvilla Solutions**<br>**James Brown**<br>**36 Gibraltar Drive**<br>**Palm Desert, CA 92211** |
| | List the contract number of any | | |

Debtor 1    **CGC-Mroz Accountants & Advisors**                                    Case number *(if known)* _____

    First Name         Middle Name         Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Practice Acquisition and Consulting Agreement** | |
| | State the term remaining | **7 years** | **Stanley J Mroz APAC** |
| | List the contract number of any government contract | | **44600 Village Court Ste 200** **Palm Desert, CA 92260** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Practice Acquisition and Consulting Agreement** | |
| | State the term remaining | **7 years** | **Stanley J Mroz, CPA** |
| | List the contract number of any government contract | | **43820 Spiaggia Place** **Indio, CA 92203** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Tax software** | |
| | State the term remaining | **Monthly** | **SurePrep** |
| | List the contract number of any government contract | | **17890 Skypark Circle Ste 100** **Irvine, CA 92614** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
| | State the term remaining | **Monthly** | **Sweet Bossa LLC** **Raphael Polito** |
| | List the contract number of any government contract | | **1150 E Palm Canyon Dr #25** **Palm Springs, CA 92264** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting services** | |
| | State the term remaining | **Monthly** | **The Beer Hunter** **John Barber** |
| | List the contract number of any government contract | | **78483 CA-111** **La Quinta, CA 92253** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Tax software** | **Thomson Reuters** **2395 Midway Road** **Carrollton, TX 75006** |

Debtor 1   **CGC-Mroz Accountants & Advisors**                                    Case number (*if known*) _____
           First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Monthly** | |
| List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease** |
| | State the term remaining | **5 years** |
| | List the contract number of any government contract _____ | **Vishakha Shah**<br>**Co-Trustee of the Shah Family Trust**<br>**73-585 Fred Waring Drive**<br>**Suite 202**<br>**Palm Desert, CA 92260** |

**Fill in this information to identify the case:**

Debtor name __**CGC-Mroz Accountants & Advisors**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kelli Cox** | **44600 Village Court, Suite 200 Palm Desert, CA 92260** | **Pacific Premier Bank** | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Kelli Cox (as guarantee)** | **73-733 Fred Waring Drive, Suite 105 Palm Desert, CA 92260** | **Vishakha Shah** | ☐ D ____ ☑ E/F __2.34__ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **CGC-Mroz Accountants & Advisors**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,191,048.12** |
   | **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$1,345,452.00** |
   | **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$1,284,575.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | **Interest** | **$0.00** |
   | **For prior year:** From  **1/01/2019** to **12/31/2019** | **Interest** | **$226.00** |
   | **For year before that:** From  **1/01/2018** to **12/31/2018** | **Credit Card Rebates/Interest** | **$1,232.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **CGC-Mroz Accountants & Advisors** | Case number *(if known)* |
| --- | --- | --- |

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | **Pacific Premier Bank**<br>**17901 Von Karman Ave Ste 1200**<br>**Irvine, CA 92614** | **8/3/2020**<br>**9/7/2020**<br>**10/13/2020** | **$15,190.79** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Stanley J Mroz, CPA**<br>**43820 Spiaggia Place**<br>**Indio, CA 92203** | **7/20/2020**<br>**8/1/2020**<br>**9/1/2020**<br>**10/1/2020**<br>**10/14/2020** | **$50,263.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Blue Shield of California**<br>**PO Box 3008**<br>**Lodi, CA 95241-3008** | **8/14/2020**<br>**9/25/2020** | **$9,346.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Health Insurance _ |
| 3.4. | **Thomson Reuters**<br>**36337 Treasury Center**<br>**Chicago, IL 60694-6300** | **8/11/2020**<br>**9/15/2020**<br>**10/8/2020** | **$12,646.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Vishakha Shah**<br>**Co-Trustee of the Shah Family Trust**<br>**73-585 Fred Waring Drive**<br>**Suite 202**<br>**Palm Desert, CA 92260** | **10/16/2020** | **$10,200.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | **Kelli Cox**<br>**44600 Village Court, Suite 200**<br>**Palm Desert, CA 92260**<br>**Shareholder/CEO** | **Multiple** | **$73,662.78** | **Expense reimbursement and Loan** |

---

Debtor    **CGC-Mroz Accountants & Advisors**                                           Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **CGC Partners**<br>**44600 Village Court, Suite 200**<br>**Palm Desert, CA 92260** | **Multiple** | **$130,594.98** | **Rent** |

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Rixon & Associates Inc. v. CGC Accounts & Advisors, et al.**<br>**PSC2002331** | **Breach of Purchase/Promiss ory Note** | **Superior Court of State of California**<br>**Riverside County**<br>**3255 E. Tahquitz Canyon Way**<br>**Palm Springs, CA 92262** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **CGC-Mroz Accountants & Advisors** _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Sklar Kirsh LLP**<br>**1880 Century Park East, Suite 300**<br>**Los Angeles, CA 90067** | | **8/18/2020**<br>**10/15/2020** | **$67,717.00** |
| | Email or website address<br>**www.sklarkirsh.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

| Debtor | CGC-Mroz Accountants & Advisors | Case number *(if known)* | |

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, address, social security number,  tax information, date of birth**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **CGC 401k Plan** | EIN:  **82-0625147** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Republic**<br>**101 Pine St.**<br>**San Francisco, CA 94111** | **XXXX-5552** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/9/2020** | **$907.82** |

Debtor    **CGC-Mroz Accountants & Advisors**                                  Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **First Internet Money Market**<br>**PO Box 6080**<br>**Fishers, IN 46038** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/4/2019 | $225.24 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | CGC-Mroz Accountants & Advisors | Case number *(if known)* | |

 ■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Kelli Cox**<br>**44600 Village Ct**<br>**Ste 200**<br>**Palm Desert, CA 92260** | **9/7/2019 - current** |
| 26a.2.    **Matthew Gonda**<br>**74130 Country Club Dr #106**<br>**Palm Desert, CA 92260** | **7/1/2017 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Kelli Cox**<br>**44600 Village Ct**<br>**Ste 200**<br>**Palm Desert, CA 92260** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

Debtor    **CGC-Mroz Accountants & Advisors**                    Case number *(if known)*

---

| Name and address | | |
|---|---|---|
| 26d.1. | **Pacific Premier Bank** **17901 Von Karman Ave Ste 1200** **Irvine, CA 92614** | |

---

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | 10/18/2019 11/5/2019 12/5/2019 4/3/2020 4/20/2020 5/20/2020 6/5/2020 6/19/2020 6/22/2020 7/26/2020 8/5/2020 8/20/2020 9/4/2020 9/18/2020 10/5/2020 | |
| | **Kelli Cox** **44600 Village Ct, Ste 200** **Palm Desert, CA 92260** | **47,492.64** | **10/14/2020** | **Salary** |
| | Relationship to debtor **Shareholder/CEO** | | | |
| 30.2. | **Kelli Cox** **44600 Village Ct, Ste 200** **Palm Desert, CA 92260** | **8,502.69** | **Various** | **Draws** |
| | Relationship to debtor **Shareholder/CEO** | | | |

---

Debtor   **CGC-Mroz Accountants & Advisors** _____   Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 . | **Kelli Cox**<br>**44600 Village Ct, Ste 200**<br>**Palm Desert, CA 92260** | **25,000** | **10/16/2020** | **Loan** |
| | **Relationship to debtor**<br>**Shareholder/CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                    **Employer Identification number of the parent corporation**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2020**

X _____    **Kelli K. Cox** _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Chief Executive Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **CGC-Mroz Accountants & Advisors** _____    Case No. _____
                                    Debtor(s)                    Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                    $      **22,009.50 (Pre-petition)**
                                                                                          **Post-petition hourly per**
                                                                                          **Employment Agrmt**

    Prior to the filing of this statement I have received                          $      **67,717.00**

    Balance Due                                                                    $      **45,707.50**

2.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **- Representation of the debtor in adversary proceedings and other contested bankruptcy matters; and**

        **- Legal services related to the chapter 11 cases filed by the debtor as more particularly described in the
        employment application to be field by Sklar Kirsh, LLP.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 16, 2020** _____
_Date_

                                        **Ian S. Landsberg 137431**
                                        _Signature of Attorney_
                                        **Sklar Kirsh LLP**
                                        **1880 Century Park East**
                                        **Suite 300**
                                        **Los Angeles, CA 90067**
                                        **(310) 845-6416  Fax: (310) 929-4469**
                                        **ilandsberg@sklarkirsh.com** _____
                                        _Name of law firm_

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ian S. Landsberg 137431<br>1880 Century Park East<br>Suite 300<br>Los Angeles, CA 90067<br>(310) 845-6416 Fax: (310) 929-4469<br>California State Bar Number: 137431 CA<br>ilandsberg@sklarkirsh.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**CGC-Mroz Accountants & Advisors**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __October 16, 2020_____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __October 16, 2020_____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

CGC-Mroz Accountants & Advisors
44600 Village Court, Suite 200
Palm Desert, CA 92260


Ian S. Landsberg
Sklar Kirsh LLP
1880 Century Park East
Suite 300
Los Angeles, CA 90067


ADP
PO Box 31001-1874
Pasadena, CA 91110-1874


Amanda Closner
84386 Scarlet Way
Coachella, CA 92236


Amanda E Lukas
40634 Eastwood Lane
Palm Desert, CA 92211


Amanda Smith
910 Pleasant Grove Blvd Ste 120-317
Roseville, CA 95678


Ana Isabel Galarza
330000 Pueblo Trail Unit B
Cathedral City, CA 92234


Anchor Wealth Management
Kim Safoyan
41990 Cook Street Sutie J901
Palm Desert, CA 92211

Ashley Smith-Reyes
68326 Madrid Road
Cathedral City, CA 92234


Asia D Hopps
78650 Ave 42 Apt 1913
Indio, CA 92203


Bill.com
1800 Embarcadero Road
Palo Alto, CA 94303


BJC Productions Inc.
Brett Cranford
592 N Cerritos
Palm Springs, CA 92262


Blue Shield of California
PO Box 3008
Lodi, CA 95241-3008


Bryan Johnson
1448 White Cloud Lane
Beaumont, CA 92223


Camico Mutual Insurance Company
1800 Gateway Drive
Suite 300
San Mateo, CA 94404


Capital One Credit Card
PO Box 60599
City of Industry, CA 91716-0599

CGC Partners
44600 Village Court
Suite 200
Palm Desert, CA 92260


Clientwhys.com
2549 Eastbluff Drive
Unit 448
Newport Beach, CA 92660


Comtron Systems Inc
PO Box 13470
Palm Desert, CA 92255-3470


Dana Condon
120 Cachanilla Court
Palm Desert, CA 92260


David K Melear
39 White Sun Way
Rancho Mirage, CA 92270


Debra Clark Dixon
3902 SW Pointe Rd
Unit 107
Bentonville, AR 72713


Debra Clark Dixon
3902 SW Pointe Rd
Unit 107
Bentonville, AR 72713-2429


Desert Longevity
Kristie Vrooman
74075 El Paseo, Suite B2
Palm Desert, CA 92260

Desert Mirage Consulting
15 Lyon Road
Rancho Mirage, CA 92270


Diane Myerson
47330 Marrakesh Drive
Indian Wells, CA 92210


Eagle Medical Corp
Joel Solano
50155 Via Aldea
La Quinta, CA 92253


Expensify
548 Market
Unit 61434
San Francisco, CA 94104


Family Development
Antun Barbat
73081 Fred Waring Drive
Palm Desert, CA 92260


Fedex
3965 Airways, Module G
Memphis, TN 38116


Gil & Marlene Ruttenberg
43607 Bordeaux
La Quinta, CA 92253


GLS-US
4000 Executive Parkway Suite 295
San Ramon, CA 94583

Greg & Kim Safoyan
75706 Easy St
Palm Desert, CA 92211


Gregory Apel MD
11436 Corte Playa Laguna
San Diego, CA 92124


Grossman IT Consulting
PO Box 4340
Palm Springs, CA 92263


Gusto
525 20th St
San Francisco, CA 94107


Gwendolyn M Puentes
68176 30th Ave
Cathedral City, CA 92234


Intuit Quickbooks
2700 Coast Ave
Mountain View, CA 94043


ITEX
1590 SE Eastgate Way, Suite 100
Bellevue, WA 98008


Izaiah Baca
82441 Crest Ave.
Indio, CA 92201

Johnny Keeton Sales Agents Inc
429 Forest Hills Drive
Rancho Mirage, CA 92270


Karbon
548 Marjet St #45902
San Francisco, CA 94104


Kathleen Shyptycki
1777 Langlois Rd Sp 51
Desert Hot Springs, CA 92241


Kelli Cox
44600 Village Court, Suite 200
Palm Desert, CA 92260


Kelli Cox (as guarantee)
73-733 Fred Waring Drive, Suite 105
Palm Desert, CA 92260


Lani R Whiteside
81-777 Avenue 48 Apt B-208
Indio, CA 92201


Law Offices Of Monica E. Amboss
40634 Eastwood Lane
Palm Desert, CA 92211


Linda B Crame
81875 Avenue 48, Apt 67
Indio, CA 92201

Lisa A LaClair
7518 Pinon Dr
Yucca Valley, CA 92284


Lisa A. Bland
78555 Villeta Drive
La Quinta, CA 92253


Lisa Granger Inc
4804 La Villa Marina
Marina Del Rey, CA 90292


Matthew Gonda
74130 Country Club Dr #106
Palm Desert, CA 92260


MRC Smart Technology Solutions
5657 Copley Dr
San Diego, CA 92111


Pacific Premier Bank
17901 Von Karman Ave Ste 1200
Irvine, CA 92614


Patrick Dolan
C/O Amanda Dolan
1171 N Kenmore Ave, Apt 26
Los Angeles, CA 90029


Peach E Kleening
Eva Alvarez
19302 Vee Bee Rd
Desert Hot Springs, CA 92241

Pfl Security & Sound
72-877 Dinah Shore Dr 103-130
Rancho Mirage, CA 92270


Practice Ignition
37 Shepherd St
Chippendale, New South Wales
Australia 2008


Principle Optometry Group PC
Susan Shahriari
44435 Town Center Way Suite B
Palm Desert, CA 92260


Quasar Cowboy Consulting
2992 N Cypress Rd
Palm Springs, CA 92262


Radhika S Rakholia
82573 Pisa Court
Indio, CA 92203


Revpar Lobby LLC
Daniel Lorea
471 E. Tahquitz Canyon Way Suite 23
Palm Springs, CA 92262


Ringcentral
20 Davis Drive
Belmont, CA 94002


Rixon & Associates Inc.
c/o Vanst Law
3170 Fourth Ave., 250 B
San Diego, CA 92101

Ruvilla Solutions
James Brown
36 Gibraltar Drive
Palm Desert, CA 92211


Sereena Baca
82441 Crest Ave.
Indio, CA 92201


Shawna M. Baca
82441 Crest Ave.
Indio, CA 92201


Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


Small Business Administration
So Cal Legal Unit
330 North Brand Blvd, Suite 1200
Glendale, CA 91203-2304


Spectrum Business
4145 S Falkenberg
Riverview, FL 33578-8651


Stanley J Mroz APAC
44600 Village Court Ste 200
Palm Desert, CA 92260


Stanley J Mroz, CPA
44600 Village Court St 200
Palm Desert, CA 92260

Stanley J Mroz, CPA
43820 Spiaggia Place
Indio, CA 92203


Sureprep
17890 Skypark Circle Ste 100
Irvine, CA 92614


Sweet Bossa LLC
Raphael Polito
1150 E Palm Canyon Dr #25
Palm Springs, CA 92264


Tamora Galindo
83676 McCoy Peak Ave.
Coachella, CA 92236


The Beer Hunter
John Barber
78483 CA-111
La Quinta, CA 92253


The Hartford Financial Services
690 Asylum Avenue
Hartford, CT 06155


Thomson Reuters
2395 Midway Road
Carrollton, TX 75006


Totally SEO
28 Liberty St
New York, NY

Travelers Insurance
PO Box 660317
Dallas, TX 75266-0317


Vishakha Shah
Co-Trustee of the Shah Family Trust
73-585 Fred Waring Drive
Suite 202
Palm Desert, CA 92260


Wolsters Kluwer
CCH Incoporated
PO Box 4307
Carol Stream, IL 60197-4307


Yesenia Brodsky
66993 San Felipe Road
Desert Hot Springs, CA 92240

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ian S. Landsberg 137431**<br>**1880 Century Park East**<br>**Suite 300**<br>**Los Angeles, CA 90067**<br>**(310) 845-6416 Fax: (310) 929-4469**<br>California State Bar Number: **137431 CA**<br>ilandsberg@sklarkirsh.com | |

■ Attorney for:

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>   **CGC-Mroz Accountants & Advisors**<br><br>                                            Debtor(s),<br><br>                                            Plaintiff(s),<br><br><br><br><br><br>                                            Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Ian S. Landsberg**                                      , the undersigned in the above-captioned case, hereby declare
             *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

__**October 16, 2020**_____          By: _____
Date                                              Signature of Debtor, or attorney for Debtor

Name:    **Ian S. Landsberg 137431**_____
         Printed name of Debtor, or attorney for
         Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CASE NO.: |
|---|---|
| **CGC-Mroz Accountants & Advisors**<br><br>Debtor(s). | **DEBTOR'S REQUEST TO <u>ACTIVATE</u> ELECTRONIC NOTICING (DeBN)** |

Debtor Electronic Bankruptcy Noticing (DeBN) is a voluntary program that enables a debtor to receive by email the orders and court-generated notices normally sent by U.S. mail to a mailing address. **A debtor must complete and file this form with the court to activate a DeBN account. Joint debtors must each complete and file a separate form.**

| **ACTIVATION REQUEST** |
|---|
| ☑ Pursuant to Federal Rule of Bankruptcy Procedure 9036, I request that the court deliver court orders and court-generated notices to my email address rather than by U.S. mail to my mailing address. |

| **DEBTOR'S NAME AND EMAIL ADDRESS** | |
|---|---|
| My name is: | **Kelli Cox** |
| My email address is:<br>*(CAPITAL letters only)* | **KELLI@CGCBIZ.COM** |
| Confirm email address:<br>*(CAPITAL letters only)* | **KELLI@CGCBIZ.COM** |

*Select one:*

☐ I am the Debtor in this bankruptcy case
☑ The Debtor in this bankruptcy case is a corporation, partnership, or other legal entity, and I am the authorized representative

| **DEBTOR'S SIGNATURE** |
|---|

1. I understand that **my request is limited** to the email delivery of only orders and court-generated notices that are filed by the U.S. Bankruptcy Court. Documents filed by a bankruptcy trustee, creditors, and other parties that require service upon me must continue to be served by U.S. mail or in person as required by court rules.

2. I understand that by requesting email notification, the court may establish my DeBN account and deliver to me, by email, documents filed by the court **in any current or future case** from any bankruptcy court in which I am listed with the same name and mailing address, including cases in which I am listed as a creditor, plaintiff or defendant.

3. I understand that I will be assigned a DeBN account number and **my DeBN account will be activated** after I complete, sign, and file this *"Debtor's Request to Activate Electronic Noticing (DeBN)"* form.

4. I understand that emails sent by the court's noticing center may arrive in my email spam folder and I should regularly check it for electronic delivery of my orders and court-generated notices. I understand further that my DeBN account will be deactivated by the court if an email is returned undelivered or "bounces back," and the court **will instead serve orders and court-generated notices delivered by U.S. mail to my mailing address.**

*I have read and understand the requirements set forth above and I agree to the terms and conditions of the Debtor Electronic Bankruptcy Noticing (DeBN) program. I request delivery of orders and court-generated notices to my email address indicated above rather than to my mailing address.*

Date: 10/16/20    Signature: *Kelli K Cox*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2018*    **F 9036-1.1.DeBN.ACTIVATE**

# CGC-Mroz Accountants & Advisors

## BALANCE SHEET

As of August 31, 2020

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Ameritrade Checking **1602 | 4,226.59 |
| Capital Clearing | 0.00 |
| KC Capital Clearing | 11,879.55 |
| **Total Capital Clearing** | **11,879.55** |
| First Republic New **1023 | 140,574.16 |
| Pacific Premier **5552 | 145,611.43 |
| Petty Cash | 2,220.00 |
| Rabo Checking **5772 | 100,554.68 |
| **Total Bank Accounts** | **$405,066.41** |
| Accounts Receivable | |
| Accounts Receivable | 159,476.53 |
| **Total Accounts Receivable** | **$159,476.53** |
| Other Current Assets | |
| Due from (to) CGC Partners | -150.00 |
| Undeposited Funds | 1,024.37 |
| **Total Other Current Assets** | **$874.37** |
| **Total Current Assets** | **$565,417.31** |
| Fixed Assets | |
| Accumulated Depreciation | -138,758.00 |
| Computers & Equipment | 41,175.52 |
| Fixed Assets in Progress | 3,374.33 |
| Furniture & Fixtures | 12,937.81 |
| Leasehold Improvements | 92,944.92 |
| **Total Fixed Assets** | **$11,674.58** |
| Other Assets | |
| Accumulated Amortization | -25,098.00 |
| Book of Business - DCD | 223,094.00 |
| Book of Business - JRA | 172,186.28 |
| Book of Business - PSM | 36,729.68 |
| Goodwill | 200,000.00 |
| **Total Other Assets** | **$606,911.96** |
| **TOTAL ASSETS** | **$1,184,003.85** |

# CGC-Mroz Accountants & Advisors

## BALANCE SHEET

As of August 31, 2020

|  | TOTAL |
|---|---|
| **LIABILITIES AND EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable (A/P) | 20,235.02 |
| **Total Accounts Payable** | **$20,235.02** |
| Credit Cards |  |
| Capital One 2767 | 2,078.66 |
| **Total Credit Cards** | **$2,078.66** |
| Other Current Liabilities |  |
| Payroll Liabilities |  |
| Ameritrade | 7,171.09 |
| **Total Payroll Liabilities** | **7,171.09** |
| **Total Other Current Liabilities** | **$7,171.09** |
| **Total Current Liabilities** | **$29,484.77** |
| Long-Term Liabilities |  |
| Due to Debra Clark | 223,094.00 |
| Loan - Dolan | 57,548.73 |
| Loan PPB | 229,323.62 |
| Notes Payable - PPP | 158,640.00 |
| Notes Payable - SBA Loan | 150,000.00 |
| **Total Long-Term Liabilities** | **$818,606.35** |
| **Total Liabilities** | **$848,091.12** |
| Equity |  |
| Retained Earnings | 212,433.00 |
| Net Income | 123,479.73 |
| **Total Equity** | **$335,912.73** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,184,003.85** |

# CGC-Mroz Accountants & Advisors

### PROFIT AND LOSS

January - August, 2020

|  | TOTAL |
|---|---|
| Income |  |
| Billable Expense Income | 1,605.55 |
| Bookkeeping | 45,395.30 |
| Business Services | 120,418.12 |
| Client Refunds | -162.61 |
| Collections Income | 2,485.37 |
| Discounts given | -5,583.00 |
| Income Taxes | 25,049.00 |
| Representation-Tax Agencies | 7,750.00 |
| Tax Planning | 800.00 |
| Tax Preparation | 486,626.93 |
| **Total Income Taxes** | **520,225.93** |
| Late Fee Income | 1,809.38 |
| Mroz Deposits | 328,692.14 |
| Other | 1,605.33 |
| Other tax services | 12,554.00 |
| Sales of Product Income | -12,659.25 |
| Uncategorized Income | 605.00 |
| **Total Income** | **$1,016,991.26** |
| **GROSS PROFIT** | **$1,016,991.26** |
| Expenses |  |
| 1. Occupancy |  |
| Internet | 1,223.00 |
| Janitorial | 3,800.00 |
| Pest Control | 94.00 |
| Rent | 66,800.00 |
| Repairs and maintenance | 5,443.93 |
| Trash | 717.26 |
| Utilities | 7,120.04 |
| **Total 1. Occupancy** | **85,198.23** |
| 2. Salaries and Related |  |
| Health Insurance | 33,214.59 |
| Mileage Reimbursement | 37.27 |
| Outside Services | 71,676.19 |
| Payroll Services | 57.00 |
| Payroll Taxes | 40,149.23 |
| Staff Compensation | 459,072.97 |
| Sureprep | 21,678.00 |
| Training and Education | 2,057.02 |
| Worker's Comp | 1,595.00 |
| **Total 2. Salaries and Related** | **629,537.27** |

# CGC-Mroz Accountants & Advisors

### PROFIT AND LOSS

January - August, 2020

| | TOTAL |
|---|---|
| **3. Technology** | |
| Bill.com | 275.46 |
| CPaperless (TTC) | 240.00 |
| Engagement | 3,293.38 |
| IT Support | 16,171.76 |
| Karbon | 5,715.50 |
| Misc-Karbon, Docparser, etc | 2,827.64 |
| Office 365 | 547.75 |
| Practice Ignition | 979.93 |
| Receipt Bank | 1,642.42 |
| Sharefile | 2,311.80 |
| Thomsen Reuters SaaS | 1,351.00 |
|   Electronic Filing Fees | 785.00 |
|   UltraTax | 20,801.38 |
| **Total Thomsen Reuters SaaS** | **22,937.38** |
| TValue | 175.00 |
| **Total 3. Technology** | **57,118.02** |
| **4. Office/General Administrativ** | |
| Bank Charges | 3,674.19 |
| Consulting and Education | 9,250.00 |
| Gifts | 100.17 |
| Licenses | 868.00 |
| Postage | 3,550.10 |
| Printing | 8,925.34 |
| QuickBooks Payments Fees | 4,475.50 |
| Security | 750.00 |
| Shredding | 50.00 |
| Snacks and Drinks | 124.98 |
| Supplies | 7,798.49 |
| Telephones | 4,992.19 |
| **Total 4. Office/General Administrativ** | **44,558.96** |
| **5. Insurance** | |
| Directors and Officers Insuranc | 2,326.25 |
| General Liability | 580.00 |
| Malpractice | 4,496.75 |
| **Total 5. Insurance** | **7,403.00** |
| **6. Legal & Professional Fees** | |
| Legal Fees | 7,855.00 |
| Pension Administration | 559.44 |
| **Total 6. Legal & Professional Fees** | **8,414.44** |

# CGC-Mroz Accountants & Advisors

## PROFIT AND LOSS

January - August, 2020

|  | TOTAL |
|---|---|
| 7. Advertising/Promotional | |
| Events and sponsorships | 654.20 |
| General Advertising and Marketi | 4,560.88 |
| Memberships | 410.00 |
| Online advertising | 29.30 |
| Website Maintenance | 2,399.60 |
| **Total 7. Advertising/Promotional** | **8,053.98** |
| 8. Dues & subscriptions | 149.94 |
| Professional dues | 3,265.00 |
| **Total 8. Dues & subscriptions** | **3,414.94** |
| 9. Client-incurred costs | |
| Bill.com | 923.96 |
| Incorporation fees | 1,441.00 |
| Other Client Incurred Costs | 3,934.42 |
| Quickbooks | 3,530.23 |
| Statements of information | 485.00 |
| **Total 9. Client-incurred costs** | **10,314.61** |
| Donations | 100.00 |
| Meals and Entertainment | 931.68 |
| Meals (100%) | 362.17 |
| Meals - travel | 13.66 |
| **Total Meals and Entertainment** | **1,307.51** |
| Officer Compensation | 28,186.32 |
| Travel | 37.20 |
| Uncategorized Expense | 157.60 |
| **Total Expenses** | **$883,802.08** |
| **NET OPERATING INCOME** | **$133,189.18** |
| Other Income | |
| Interest | 0.33 |
| **Total Other Income** | **$0.33** |
| Other Expenses | |
| 10. Interest charge | 9,729.34 |
| Reconciliation Discrepancies | -19.56 |
| **Total Other Expenses** | **$9,709.78** |
| **NET OTHER INCOME** | **$ -9,709.45** |
| **NET INCOME** | **$123,479.73** |

# CGC-Mroz Accountants & Advisors

## STATEMENT OF CASH FLOWS

January - August, 2020

| | TOTAL |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 123,479.73 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable | -75,977.76 |
| Due from (to) CGC Partners | -45,145.62 |
| Prepaid Expenses:Prepaid Software | 9,037.50 |
| Book of Business - DCD | -223,094.00 |
| Accounts Payable (A/P) | 16,761.26 |
| Capital One 2767 | -1,982.14 |
| Payroll Liabilities:Ameritrade | -1,321.53 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-321,722.29** |
| **Net cash provided by operating activities** | **$ -198,242.56** |
| **INVESTING ACTIVITIES** | |
| Goodwill | -200,000.00 |
| **Net cash provided by investing activities** | **$ -200,000.00** |
| **FINANCING ACTIVITIES** | |
| Due to Debra Clark | 223,094.00 |
| Loan - Dolan | -2,972.00 |
| Loan PPB | 229,323.62 |
| Notes Payable - PPP | 158,640.00 |
| Notes Payable - SBA Loan | 150,000.00 |
| Draws - Kelli | 15,000.00 |
| Draws - Matt (deleted) | 15,000.00 |
| Paid-In Capital - MG | 32,519.45 |
| Retained Earnings | -62,519.45 |
| **Net cash provided by financing activities** | **$758,085.62** |
| **NET CASH INCREASE FOR PERIOD** | **$359,843.06** |
| Cash at beginning of period | 46,247.72 |
| **CASH AT END OF PERIOD** | **$406,090.78** |

## CORPORATE AUTHORIZATION THROUGH
## UNANIMOUS SHAREHOLDER CONSENT OF
## CGC-MROZ ACCOUNTANTS & ADVISORS

**The undersigned, being the sole shareholder (the "Shareholder") of CGC-Mroz Accountants and Advisors, a California corporation (the "Company"), acting in accordance with the authority granted in the Company's By-Laws (the "By-Laws") is executing this Corporate Authorization (this "Authorization") as of this 15th day of October, 2020:**

**WHEREAS,** the Shareholder of the Company has determined that in order to provide a forum for the efficient reorganization of the Company's corporate assets and liabilities in a manner that maximizes value for creditors and protects the interests of stakeholders, it is in the best interest of the Company, its creditors, shareholders, employees and other interested parties for the Company to file a voluntary petition for relief, under subchapter V of chapter 11 of title 11, United States Code (the "Bankruptcy Code") and that it would be advisable to seek to confirm a chapter 11 plan of reorganization; therefore, it is

**RESOLVED,** that the Company be, and hereby is, authorized to file a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code in the Central District of California; and it is

**RESOLVED FURTHER,** that Kelli K. Cox is hereby authorized to act as the authorized representative of the Company to:

a.     Execute and verify or certify on behalf of the Company a petition under chapter 11 and to cause the same to be filed in an appropriate United States Bankruptcy Court at such time as the authorized officer executing the petition shall determine is appropriate; and

b.     Serve as the responsible officer in the chapter 11 case for the Company; and

c.     Execute and file all petitions, schedules, lists, statements and other papers and to take any and all actions that any of the authorized officers deem necessary, proper or desirable in connection with the chapter 11 case for the Company with a view toward the successful completion of the case or cases or to employ and designate appropriate officers to undertake such actions on behalf of the Company; and

d.     Take all actions, including, without limitation, the retention of counsel, financial advisors, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor or debtor in possession under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his/her judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED FURTHER**, that the Company be, and hereby is, authorized to employ on a general retainer the law firm of Sklar Kirsh, LLP ("SK") or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the chapter 11 case for the Company; and it is

**IN WITNESS WHEREOF**, this Authorization is executed by the undersigned as of the day and year first set forth above.

**CGC-MROZ ACCOUNTANTS & ADVISORS,**
**a California Corporation**

By:      *Kelli Cox*
Name:    Kelli K. Cox
Title:   Sole Shareholder and President